O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WAYNE A. TAYLOR, | ) | Case No. CV 13-06981 DDP (PJWx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING MOTION TO DISMISS** |
| | ) | |
| WILLIAM ROBINSON, JR.; | ) | |
| EVERLAST SPARRING PARTNER; | ) | |
| CENTURY MARTIAL ARTS; TKO, | ) | |
| INC. SPARING PARTNER, | ) | [Dkt. No. 6] |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Presently before the court is Defendants Century, LLC and Everlast Worldwide Inc.'s Motion to Dismiss. Because Plaintiff has not filed an opposition to the motion, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. CAL. L.R. 7-9. Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." C.D. CAL. L.R. 7-12.

1    The hearing on Defendant's motion was set for November 18,
2 2013.  Plaintiff's opposition was therefore due by October 28,
3 2013.  As of the date of this Order, Plaintiff has not filed an
4 opposition to the motion or any other filing that could be
5 construed as a request for a continuance.  Accordingly, the court
6 deems Plaintiff's failure to oppose as consent to granting the
7 motion to dismiss, and GRANTS the motion.  All claims against
8 Defendants Century and Everlast are DISMISSED.

11   IT IS SO ORDERED.

14   Dated: November 5, 2013

       DEAN D. PREGERSON
       United States District Judge