JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE A. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WILLIAM ROBINSON, JR.;<br>EVERLAST/SPARRING PARTNER;<br>CENTURY MARTIAL ARTS; TKO,<br>INC./SPARRING PARTNER,<br><br>　　　　Defendants. | Case No.  CV13-6981-DDP (PJWx)<br><br>**ORDER DISMISSING ACTION** |

　　This Court issued an Order to Show Cause why this action should not be dismissed to Plaintiff on February 12, 2015 [Dkt. 107].  Plaintiff was directed to file a brief within fourteen days, not to exceed ten pages, explaining why the action should not be dismissed.  Plaintiff filed a brief on March 11, 2015.

　　Having reviewed Plaintiff's brief and the files in this action, the Court finds that Plaintiff's original Complaint does not comply with Federal Rule of Civil Procedure 8, which requires that a complaint must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). Naked assertions,

1  conclusions, or mere recitations of the elements of a cause of action are not sufficient.
2  See *Ashcroft v. Iqbal*, 556 U.S. 662, 677-678 (2009). The court is not persuaded that
3  Plaintiff's original Complaint meets these requirements and Plaintiff's explanation in
4  his March 11, 2015 brief does not address this Court's concerns.

      Accordingly, Plaintiff's action is hereby dismissed, this matter is closed.

**IT IS SO ORDERED.**

Date: June 29, 2016

_____
Hon. Dean D. Pregerson
United States District Judge